458 A.2d 277

Commonwealth v. Shelton, Appellant.

Petition for Allowance of Appeal
Denied June 13, 1983.

Argued March 18, 1981. Carl M. Moses, for appellant; James P. Epstein, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.*

Order affirmed.